ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                               )
                                          )
Thalle Construction Company               )       ASBCA Nos. 62498, 62567, 62609
                                          )                  62745, 62746, 62810
                                          )                  62930, 62977, 63010
                                          )                  63053, 63082, 63180
Under Contract No. W912EP-13-C-0027       )

APPEARANCES FOR THE APPELLANT:        Lochlin B. Samples, Esq.
                                      Karl Dix, Jr., Esq.
                                      John T. Crowley, Esq.
                                      Alexander Gorelik, Esq.
                                        Smith, Currie & Hancock LLP
                                        Atlanta, GA


APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Bruce E. Groover, Esq.
                                      Susan E. Symanski, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: March 8, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62498, 62567, 62609, 62745, 62746, 62810, 62930, 62977, 63010, 63053, 63082, 63180, Appeals of Thalle Construction Company, rendered in conformance with the Board's Charter.

Dated:  March 9, 2023

*for* Tammye D. Allen

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals